■ MILDRED FARNOROTTO, Appellant, v. FRITZ ROSENTHAL, Respondent.— MEMORANDUM BY THE COURT. Plaintiff in a negligence action recovered $5,500 for her pain and suffering, some slight disfigurement resulting from a forehead laceration not well depicted by the record and relatively minor loss of flexion and extension following a condylar fracture of the humerus requiring three weeks' hospitalization for traction. Plaintiff appeals on the ground of inadequacy. While the proof would doubtless have warranted a substantially larger verdict, the award was not so low as to be shocking and we cannot, upon this record, disturb the jury's evaluation of the injuries. Judgment and order affirmed, without costs. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Brink, JJ., concur.

■ BENJAMIN MARGOLIS, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— HERLIHY, J. Appeal from a judgment and order granting summary judgment. The action was for a judgment declaring the demand for payment of monthly telephone service charges in advance unconstitutional. In the first instance, the reasonableness of a utility's tariff provision is a question to be determined by the Public Service Commission. On the meager papers presented by the plaintiff there is no showing that the defendant has acted unreasonably or to the prejudice or discrimination of the plaintiff. The requirement of advanced payment of telephone charges has been considered to be a reasonable provision. (See Hare v. New York Tel. Co., 101 Misc. 490, affd. 181 App. Div. 907; Southwestern Tel. Co. v. Danaher, 238 U. S. 482, 490.) Judgment and order affirmed, without costs. Gibson, P. J., Reynolds, Staley, Jr., and Brink, JJ., concur with Herlihy, J.